Same case below, 583 F.3d 669.

**No. 10-6759. Thomas Joseph Fergusson, Petitioner v. Rick Coursey, Superintendent, Eastern Oregon Correctional Institution.**

562 U.S. 1034, 131 S. Ct. 579, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8685.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6826. Earl Parish, Petitioner v. United States.**

562 U.S. 1034, 131 S. Ct. 580, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8758.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 606 F.3d 480.

**No. 10-6769. Eric Townsel, Petitioner v. Ken Quinn, et al.**

562 U.S. 1034, 131 S. Ct. 579, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8666.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 830.

**No. 10-6827. Ricardo Rivera-Moreno, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 580, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8788.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 613 F.3d 1.

**No. 10-6795. Ismael Amador-Beltran, Petitioner v. United States.**

562 U.S. 1034, 131 S. Ct. 579, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8743.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 333 Fed. Appx. 219.

**No. 10-6831. Otis Lee Stitt, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 580, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8751.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 253.

**No. 10-6823. Luis Estrada-Eliverio, Petitioner v. United States.**

562 U.S. 1034, 131 S. Ct. 579, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8729.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6834. Joseph Ray Beilharz, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 580, 178 L. Ed. 2d 423, 2010 U.S. LEXIS 8787.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.